# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ROSALES, | Case No.: 2:21-cv-06548-KK |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,890.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  November 30, 2022

THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3       /s/   *Lawrence D. Rohlfing*

4   BY: _____

        Lawrence D. Rohlfing
5       Attorney for plaintiff Armando Rosales

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26